1983
Form 1

RECEIVED & ▮▮▮▮

2015 DEC 16 PM 4: 57

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
(Formulario que utilizarán los reclusos para radicar una demanda)

UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. Sec. 1983
(de acuerdo con la Ley de Derechos Civiles 42 U.S.C. Sec. 1983)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*Mariano Maldonado Pagán*                16-CV-1173(DRD)

Enter above the full name of plaintiff
(Escriba arriba el nombre completo del demandante)

v.

*Correctional Health service corp.*

*Dr. Robert Muns Sosa*

*Dr. Fernando Ramos*

Enter above the full name of defendant(s)
(Escriba arriba el nombre completo de el(los) demandado(s)

RECEIVED AND FILED
CASHIER
2016 FEB -1 PM 3:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

I.    Previous lawsuits
      (Pleitos radicados anteriormente)

      A.    Have you brought other lawsuits in state or federal
            court dealing with the same facts involved in this
            action or otherwise relating to your imprisonment?

            (¿Ha iniciado usted otros pleitos en los tribunales
            estatales o federales que tengan que ver con los mismos
            hechos de la presente acción o que se relacionen con su
            reclusión?)

                  ( ✓ ) Yes              ( ) No
                      (Sí)                   (No)

      B.    If your answer to A is yes, describe the lawsuit in the
            space below.     If there is more than one lawsuit,
            describe the additional lawsuits on another piece of
            paper using the same outline.

            (Si la contestación a la pregunta A es en la afirmativa,
            describa el pleito en el espacio siguiente.   De existir
            más de un pleito, descríbalos en otro papel utilizando el
            mismo modelo.)

                        - AL DORSO -



1983
Page -2-

1. Parties to this previous lawsuit:
   (Partes en el pleito anterior)

   Plaintiff(s)
   (Demandante(s)): _____

   _____

   Defendant(s)
   (Demandado(s)) : _____

   _____

2. Court, if federal court, name the district, if
   state court, name the county:

   (Tribunal, si es un tribunal federal, indique el
   distrito, si es un tribunal estatal, indique el
   condado o sala:)

   _____

3. Docket number:
   (Número asignado:) _____

4. Name of judge to whom the case is assigned:
   (Nombre del juez a quien le asignó el caso:)

   _____

5. Disposition, for example: Was the case dismissed?
   Was it appealed?  Is it still pending?

   (Disposición, por ejemplo:  ¿Se desestimó el caso?
   ¿Se apeló?  ¿Se encuentra aún pendiente?

   _____

6. Approximate date of filing lawsuit:
   (Fecha aproximada en que se radicó el pleito:)

   _____

7. Approximate date of disposition:
   (Fecha aproximada en que se resolvió el pleito:)

   _____

- AL DORSO -

1983
Page -3-

II.  Place of present confinement:
     (Lugar actual de reclusión:)

     A.  Is there a prisoner's grievance procedure in the
         institution?
         (¿Existe un procedimiento de quejas y agravios para
         prisioneros en dicha institución?)

                    ( ✓ )  Yes              (  )  No
                           (Sí)                   (No)

     B.  Did you present the facts relating to your complaint in
         the state prisoner's grievance procedure?
         (¿Presentó usted los hechos de su querella bajo el
         procedimiento de quejas y agravios para prisioneros?)

                    ( ✓ )  Yes              (  )  No
                           (Sí)                   (No)

     C.  If your answer is Yes,
         (Si su contestación es afirmativa,)

         1.  What steps did you take?
             (¿Qué medidas tomó usted?)

             _I filed the grievance 6ma.1,000-(300)351-15 and_
             _they dismissed_

         2.  What was the result?
             (¿Cuál fue el resultado?)

             _I filed a Reconsideration to it and was_
             _dismissed as well_

     D.  If your answer is No, explain why not.
         (Si su contestación es No, explique por qué.)

         _____

         _____

     E.  If there is no prison grievance procedure in the
         institution, did you complain to prison authorities?
         (Si no existe un procedimiento de quejas y agravios en
         la institución, ¿se quejó usted con las autoridades de
         la institución?)

                    (  )  Yes              (  )  No
                          (Sí)                   (No)

                          - AL DORSO -

1983
Page -4-

F.   If your answer is Yes,
     (Si su contestación es afirmativa:)

     1.   What steps did you take?
          (¿Qué medidas tomó usted?)

          _____

          _____

     2.   What was the result?
          (¿Cuál fue el resultado?)

          _____

          _____

III. Parties
     (Partes)

          In item A below place your name in the first blank and
          place your present address in the second blank.  Do the
          same for additional plaintiffs, if any.

          (Bajo la letra A escriba su nombre en la primera línea y
          su dirección actual en la segunda línea.  Si hay
          demandantes adicionales, ponga la misma información.)

     A.   Name of plaintiff:
          (Nombre del demandante)   *Mariano Maldonado Pagán*

          Address
          (Dirección)              *Box 10009 Guayama*
                                   *P.R. 00785*

          In item B below place the full name of the defendant in
          the first blank, his official position in the second
          blank, and his place of employment in the third blank.
          Use item C for the names, positions and place of
          employment of any additional defendant.

          (Bajo la letra B escriba en la primera línea el nombre
          completo del demandado, en la segunda línea escriba el
          puesto que ocupa y en la tercera línea escriba el lugar
          donde está empleado.  Utilice el apartado C para
          escribir el nombre, puesto y lugar de empleo de otros
          demandados.)

                         - AL DORSO -

1983
Page -5-

    B.   Defendant
        (Demandado)

        is employed as
        (está empleado como:)

        at
        (en)

    C.   Additional defendants:
        (Otros demandados)

*Correctional Health service corp.*

*Dr. Robert Muns Sosa*

*Doctor in Guayama 4,000*

*Dr. Fernando Ramos*
*Instituto de Gastroentero-logia de P.R.*

*Clínica Las Americas*

IV.  Statement of claim:
     (Relación de hechos:)

State here as briefly as possible the <u>facts</u> of your case.
Describe how each defendant is involved.   Include also the
names of other persons involved, dates or statutes.   Do not
give any legal arguments or cite any cases or statutes.   If
you intend to allege a number of related claims, number and
set forth each claim in a separate paragraph.   Attach extra
sheet if necessary.

(Escriba brevemente los <u>hechos</u> del caso.   Describa la
participación de cada uno de los demandados.   Incluya también
los nombres de otras personas que tuvieron participación, las
fechas y los estatutos.   No presente argumentos legales ni
cite precedentes ni estatutos.   Si usted quiere presentar
varias reclamaciones, enumérelas y hágalo en párrafos por
separado.   Puede utilizar otra hoja de papel si lo considera
necesario.

*See the enclosed attachment*

 

 

 

 

 

 

- AL DORSO -

1983
Page -6-

V.   Relief
     (Remedio)

State briefly exactly what you want the court to do for you.
Make no legal arguments.  Cite no cases or statutes.

(Indique brevemente lo que usted espera que el Tribunal haga
por usted.  No escriba argumentos legales ni cite precedentes
ni estatutos.)

*Respectfully I request to set this matter*
*for trial before a jury*

Signed this  *10th*  day of *December 2015*  of 19____.
(Firmado hoy        del mes de              de 19    )

*Mariano Maldonado Pagán*
Plaintiff's signature
(Firma del demandante)

I declare under penalty of perjury that the foregoing is true
and correct.

(Declaro bajo pena de perjurio que lo anterior es cierto y
correcto.)

*December 10, 2015*          *Mariano Maldonado Pagán*
         Date                       Plaintiff's signature
       (Fecha)                    (Firma del demandante)

- AL DORSO -