IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MARIANO MALDONADO PAGAN,**<br><br>Plaintiff<br><br>v.<br><br>**CORRECTIONAL HEALTH SERVICES CORP., ET. AL.;**<br><br>Defendants | **Civil No.** 16-1173 (DRD) |

### JUDGMENT

Pursuant to the Court's *Opinion and Order* (Docket No. 102) granting Defendant Dr. Ramos-Mercado's *Motion to Dismiss Pursuant to Rule 12 of the Federal Rules of Civil Procedure* (Docket No. 69), as well as Defendants CHSC and Dr. Negron-Vera's *Motion to Dismiss* (Docket No. 86), the Court hereby enters a final judgment **DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE.**

**THIS CASE IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES.**

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico this 31st day of January, 2018.

/S/ Daniel R. Domínguez
DANIEL R. DOMÍNGUEZ
United States District Judge